**ROXANA SANDOVAL**
California State Bar No. 292327
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Roxana_Sandoval@fd.org

Attorneys for Defendant
FELIX ANTONIO ALBARCA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:   18-MJ-2075-BGS |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE AS CO-COUNSEL** |
| FELIX ANTONIO ALBARCA, | |
| Defendant. | |

Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, **Roxana Sandoval**, Federal Defenders of San Diego, Inc., hereby gives notice that she is **co-counsel** in the above-captioned case.

Respectfully submitted,

Dated:  May 10, 2018         *s/ Roxana Sandoval*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
FELIX ANTONIO ALBARCA
Email: Roxana_Sandoval@fd.org

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for the Defendant certifies that the foregoing pleading has been electronically served on the following parties by virtue of their registration with the CM/ECF system:

Davis McEvoy Loop
United States Attorney's Office

Respectfully submitted,

Dated:  May 10, 2018

*s/ Roxana Sandoval*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
FELIX ANTONIO ALBARCA
Email: Roxana_Sandoval@fd.org

2