# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FELIX ANTONIO ABARCA,<br><br>　　　　　　　　　　　Defendant. | Case No.: 18MJ2075-BGS-JLS<br><br>**ORDER SETTING HEARING ON DEFENDANT'S MOTION FOR BAIL REDETERMINATION** |

Defendant's Motion for Bail Redetermination (ECF No. 15) shall be heard before this Court on **Friday, May 18, 2018** at **2:00 p.m.**

　　IT IS SO ORDERED.

Dated:  May 15, 2018

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge