UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FELIX ANTONIO ABARCA, Defendant. | Case No. 18-MJ-02075-BGS-JLS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF COMPLAINT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Complaint in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 7/3/2018 .

_____
HON. BERNARD G. SKOMAL
United States Magistrate Judge